# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| :--- | :--- | :--- |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| Ashley M. Moore, | ) ) | Case No. 1:17-cr-127 |
| Defendant. | ) ) | |

Defendant is currently on pretrial release. On November 30, 2017, defense counsel advised that defendant has executed a plea agreement and intends to surrender to the United States Marshal. Accordingly, the court directs defendant to report to the United States Marshal's office in Bismarck, North Dakota by 12:00 p.m. CST on December 1, 2017. Upon her arrival at the United States Marshal's office, defendant shall committed to the custody of the Attorney General or designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with court proceedings.

**IT IS SO ORDERED.**

Dated this 30th day of November, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court